UNITED STATES BANKRUPTCY COURT

**District of New Jersey (Camden)**

In re:

Debtor(s)

Dennis V Popeson and Joanne A Popeson

Case No.:    11-28878

Chapter:    13

Loan Number (Last 4):    9745

## NOTICE OF PAYMENT CHANGE

JPMorgan Chase Bank, N.A., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---:|
| Change Reason: | HELOC |
| Effective Date (first payment): | November 18, 2011 |
| New Interest Rate (if changed): | 3.15% |
| Principal and Interest: | $500.65 |
| Escrow/Optional Insurance/Other: | $0.00 |
| Total New Monthly Payment: | $500.65 |

This is a Home Equity loan. The payment changes are calculated on a daily simple interest rate basis as a percentage of the outstanding principle balance times the number of days in the cycle. In an attempt to comply with the Local Rule, this notice, which contains the pertinent payment change information, is being submitted. Creditor will provide any additional information to the court, and to any party to this proceeding, upon request.

JPMorgan Chase Bank, N.A.

Chase Records Center  Attn: Correspondence Mail Mail Code LA4-5555  700 Kansas Lane

Monroe, LA 71203

866-520-6447

Date:    November 08, 2011

By:    /s/ Lori Harp (replacing Matthew C. West)

   Bankruptcy

- E579101

747633-3d999946-41b2-4729-af0c-788e5167a9a1

# CERTIFICATE OF SERVICE

I hereby certify that on November 08, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Dennis V Popeson
Joanne A Popeson
217 West Forest Drive
Linwood, NJ 08221


Debtor's Attorney:

Rebecca C. Lafferty
Youngblood, Lafferty & Sampoli, PA
1201 New Road
Suite 230
Linwood, NJ 08221


Trustee:

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

/s/ Bill Taylor

As Authorized Filing Agent for Filer

747633-7c476ca1-96e7-49aa-8fa5-141e7c774f3f