Printed on: 01/16/2014  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2013 to 12/31/2013  
**Case Number: 11-28878 (JHW)**

Dennis V. Popeson and Joanne A. Popeson  
217 West Forest Drive  
Linwood, NJ  08221

Monthly Payment: $1,292.00  
Payments / Month: 1  
Current Trustee Comp.: 6.60%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2013 | $1,292.00 | 01/29/2013 | $1,292.00 | 03/11/2013 | $1,292.00 | 03/27/2013 | $1,292.00 |
| 05/01/2013 | $1,292.00 | 06/04/2013 | $1,292.00 | 07/01/2013 | $1,292.00 | 08/01/2013 | $1,292.00 |
| 09/04/2013 | $1,292.00 | 10/03/2013 | $1,292.00 | 11/05/2013 | $1,292.00 | 11/26/2013 | $1,292.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DENNIS V. POPESON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | REBECCA C. LAFFERTY, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | 119 ROGERS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CANDICA, LLC | 33 | $7,751.61 | $119.13 | $7,632.48 | $41.52 |
| 4 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BARCLAYS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CANDICA, LLC | 33 | $10,302.04 | $158.33 | $10,143.71 | $55.18 |
| 7 | JPMORGAN CHASE BANK, N.A. | 24 | $300.00 | $300.00 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $14,062.88 | $216.13 | $13,846.75 | $75.33 |
| 9 | Citibank NY State NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK STUDENT LOAN CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK/SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK | 33 | $7,392.72 | $113.62 | $7,279.10 | $39.60 |
| 13 | GE MONEY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $20,141.00 | $20,141.00 | $0.00 | $9,932.45 |
| 17 | JEWISH FAMILY SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $7,913.97 | $7,913.97 | $0.00 | $3,902.74 |
| 20 | STEPHEN J. HEFFEREN, M.D. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $15,477.53 | $237.88 | $15,239.65 | $82.91 |
| 22 | VERICREST FINANCIAL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO BANK, N.A. | 33 | $1,305.76 | $20.07 | $1,285.69 | $0.00 |
| 27 | AMERICAN EXPRESS | 33 | $8,120.62 | $124.81 | $7,995.81 | $43.50 |
| 28 | PYOD, LLC | 33 | $17,037.30 | $261.85 | $16,775.45 | $91.26 |
| 29 | CANDICA, LLC | 33 | $20,815.53 | $319.92 | $20,495.61 | $111.50 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 30 | BANK OF AMERICA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | BANK OF AMERICA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | Chase Bank USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $942.00 | $0.00 | $942.00 | $0.00 |
| 34 | DISCOVER BANK | 33 | $6,023.98 | $92.59 | $5,931.39 | $32.27 |
| 35 | DISCOVER BANK | 33 | $11,288.62 | $173.50 | $11,115.12 | $60.47 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2011 | 6.00 | $0.00 |
| 01/01/2012 | Paid to Date | $4,200.00 |
| 02/01/2012 | 53.00 | $1,292.00 |
| 07/01/2016 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,504.00 |
| Total paid to creditors this period: | $14,468.73 |
| Undistributed Funds on Hand: | $1,307.50 |
| Arrearages: | $0.00 |
| Attorney: | REBECCA C. LAFFERTY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**