U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2014 DEC 19 PM 4: 50

JAMES J. WALDRON

BY: _____
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## FOR THE MAIN DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| In re | Case No. 11-28878 |
|---|---|
| DENNIS V POPESON<br>JOANNE A POPESON | Chapter 13 |
| | **NOTICE OF SATISFACTION OF PROOF OF CLAIM # 10** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 8/18/2011, and assigned as Claim number 10 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 10 should cease at this time.

Dated: December 18, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ Craig A Edelman
Craig A Edelman
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

### CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the __18__ day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
DENNIS V POPESON
JOANNE A POPESON
217 WEST FOREST DRIVE
LINWOOD, NJ 08221

**Debtors' Attorney**
REBECCA C. LAFFERTY
1201 NEW RD STE 230
LINWOOD, NJ 08221

**Chapter 13 Trustee**
ISABEL C. BALBOA
535 ROUTE 38 STE 580
CHERRY HILL, NJ 08002

/s/ Craig A Edelman
Craig A Edelman

- 2 -